**Stacey L. CURTIN,**
**Plaintiff/Respondent,**

v.

**John M. CURTIN,**
**Respondent/Appellant.**

**No. ED 87679.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 16, 2007.

John M. Curtin, St. Louis, MO, pro se.

Joe Kuhl, St. Charles, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., MARY K. HOFF, J., and NANNETTE A. BAKER, J.

## *ORDER*

PER CURIAM.

John M. Curtin ("father") appeals the judgment of the trial court awarding Stacey L. Curtin ("mother") attorney's fees. Father claims the award was against the weight of the evidence.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

1. All statutory references are to RSMo (2000) unless otherwise indicated.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).